IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | § § § |
| Plaintiff, | § § |
| v. | §   CAUSE NO. EP-23-CV-454-KC |
| | § |
| TRINITY 333, LLC; ROBERT M. KAUFMAN; and VANESSA LOPEZ, | § § § § |
| Defendants. | § |

**ORDER**

On this day, the Court considered the case. On March 27, 2024, the parties informed the Court that Plaintiff and Defendants Kaufman and Lopez had reached an "agreement resolving their claims" and were "finalizing the settlement and dismissal documents." Notice Settlement 1, ECF No. 10. The Court interpreted the Notice of Settlement as stating that Plaintiff has settled its claims against all Defendants—including Defendant Trinity 333—and therefore ordered that "unless the parties submit final closing papers **on or before April 19, 2024**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." Apr. 1, 2024, Order 1, ECF No. 11.

April 19 has now passed, and the parties have not submitted final closing papers. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of any party to move to reopen **on or before May 22, 2024**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 22nd day of April, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE